No. 603. W. F. RICHARDSON, JR., COMPANY, INC. *v.* WALKER D. HINES, DIRECTOR GENERAL OF RAILROADS, ETC;

No. 604. MAYO MILLING COMPANY, INC. *v.* WALKER D. HINES, DIRECTOR GENERAL OF RAILROADS, ETC;

No. 605. ADAMS GRAIN & PROVISION COMPANY *v.* WALKER D. HINES, DIRECTOR GENERAL OF RAILROADS, ETC; and

No. 606. ADAMS GRAIN & PROVISION COMPANY *v.* JOHN BARTON PAYNE, DIRECTOR GENERAL OF RAILROADS, ETC. Error to the Circuit Court of Appeals for the Fourth Circuit. Motion to dismiss submitted March 17, 1924. Decided April 7, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *United States* v. *Krall,* 174 U. S. 385, 389–391; *German National Bank* v. *Speckert,* 181 U. S. 405, 409; *United States* v. *Beatty,* 232 U. S. 463, 466; *Arnold* v. *Guimarin & Co.,* 263 U. S. 427. And see decision this day announced in *Dupont de Nemours & Co.* v. *Davis, ante,* 456. *Mr. David H. Leake* and *Mr. Walter Leake,* for defendants in error, in support of the motion. *Mr. Robert H. Talley,* for plaintiffs in error, in opposition to the motion.